Harwood-Barley Manufacturing Company, Appellant, v. Charles B. Wiggins and Another, Copartners, etc., Respondents.— Order affirmed,

with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Page, JJ.